1
2
3
4
5 **UNITED STATES DISTRICT COURT**
6 **DISTRICT OF NEVADA**
7 * * *
8 DUKE THOMAS NGUYEN,                    Case No. 2:18-cv-01717-RFB-PAL
9                      Plaintiff,          **ORDER TO PRODUCE**
                                          **DUKE THOMAS**
10      v.                                **NGUYEN,** #8399179
11 LVMPD/CCDC, *et al,*
12                      Defendants.

13
14      TO:      WARDEN, CLARK COUNTY DETENTION CENTER
15               LAS VEGAS, NV
               UNITED STATES MARSHAL FOR THE DISTRICT OF
16               NEVADA AND ANY OTHER UNITED STATES MARSHAL
17
18      **THE COURT HEREBY FINDS** that **DUKE THOMAS NGUYEN, #8399179 ,** is
19 presently in custody of the Warden, Clark County Detention Center, 330 S. Casino Center, Blvd.,
20 Las Vegas, NV.
21      **IT IS FURTHER ORDERED** that the Warden of Clark County Detention Center, or his
22 designee, shall transport and produce **DUKE THOMAS NGUYEN, #8399179,** to appear before
23 the United States District Judge at the Lloyd D. George United States Courthouse in Las
24 Vegas, Nevada, on or about Wednesday, January 16, 2019, at the hour of 10:00 AM, in LV
25 Courtroom 7C to attend a motion hearing in the instant matter, until the said **DUKE THOMAS**
26
27 **NGUYEN, #8399179 ,** is released and discharged by the said Court; and that said **DUKE**
28

1  **THOMAS NGUYEN, #8399179** , shall thereafter be returned to the custody of the

2  Warden, Clark County Detention Center, Las Vegas, Nevada, under safe and secure

3  conduct.

4         **DATED** this <u>8th</u> day of January, 2019.

5

6  _____

7  **RICHARD F. BOULWARE, II**
   **UNITED STATES DISTRICT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28