THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
George J. Kunz, Esq.
Nevada Bar No. 12245
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
jgalliher@galliherlawfirm.com
gkunz@lvlawguy.com
*Attorneys for Plaintiff*

--o0o--

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUKE THOMAS NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, LLC, A Foreign Limited Liability Company; THE STATE OF NEVADA; STATE OF NEVADA BOARD OF EXAMINERS; GOVERNOR BRIAN SANDOVAL, AS CHAIRMAN OF THE BOARD OF EXAMINERS; ATTORNEY GENERAL ADAM PAUL LAXALT, AS MEMBER OF THE BOARD OF EXAMINERS; SECRETARY OF STATE BARBARA K. CEGAVSKE, AS MEMBER OF THE BOARD OF EXAMINERS; TRANSPORTATION EMPLOYEES DOE 1- 10; DOES 11-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01717-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF DUKE THOMAS NGUYEN'S RESPONSE TO DEFENDANTS', BRIAN SANDOVAL, ADAM PAUL LAXALT, BARBARA K. CEGAVSKE, THE STATE OF NEVADA, AND THE STATE OF NEVADA BOARD OF EXAMINERS, MOTION TO DISMISS**<br>**(Second Request)** |

1

IT IS HEREBY STIPULATED AND AGREED TO by the parties, through their respective counsel, that the time period for Plaintiff to file a Response to Defendants', Brian Sandoval, Adam Paul Laxalt, Barbara K. Cegavske, The State of Nevada, and the State of Nevada Board of Examiners, Motion to Dismiss, ECF No. 35, previously continued through Stipulation and Order, ECF No. 41, be extended from April 12, 2019 to May 3, 2019.

IT IS FURTHER HEREBY STIPULATED AND AGREED TO by the parties that the deadline for any reply brief the State Defendants' wish to file in response to Plaintiff's Response to ECF No. 35, previously continued through Stipulation and Order, ECF No. 41, be extended to May 10, 2019.

The purpose of the stipulation is to allow counsel to negotiate an appropriate dismissal of the State Defendants. Counsel for the State Defendants is out of the office until April 22, 2019 and counsel for the Plaintiff is likewise out until April 29, 2019. The parties anticipate filing a stipulation to dismiss the State Defendants, thus making the pending motion to dismiss moot. This is the second request for an extension of time for Plaintiff to file a Response to Defendants' Motion to Dismiss and is also the second extension of time the State Defendants are requesting with regard to file any reply brief necessitated by Plaintiff's Response.

DATED this 12th day of April, 2019.

THE GALLIHER LAW FIRM

/s/ Jeffrey L. Galliher
KEITH E. GALLIHER, JR., ESQ.
Nevada Bar No. 220
JEFFREY L. GALLIHER, ESQ.
Nevada Bar No. 8078
GEORGE J. KUNZ, ESQ.
Nevada Bar No. 12245
1850 E. Sahara Ave., Suite 107
Las Vegas, NV 89104
*Attorney for Plaintiff*

DATED this 12th day of April, 2019.

AARON D. FORD
Attorney General

/s/ D. Randall Gilmer
D. RANDALL GILMER (Bar No. 14001)
Chief Deputy Attorney General
DOUGLAS R. RANDS (Bar No. 3572)
Senior Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
*Attorneys for the State Defendants*

IT IS SO ORDERED.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
April 15, 2019
DATE

[1] Defendant PTS has yet to file an answer or otherwise appear.

## CERTIFICATE OF SERVICE

I certify that on April 12, 2019, I electronically filed the foregoing STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF DUKE THOMAS NGUYEN'S RESPONSE TO DEFENDANTS', BRIAN SANDOVAL, ADAM PAUL LAXALT, BARBARA K. CEGAVSKE, THE STATE OF NEVADA, AND THE STATE OF NEVADA BOARD OF EXAMINERS, MOTION TO DISMISS (Second Request) via this Court's electronic filing system. Parties who are registered with this Court's electronic filing system will be served electronically.

AARON D. FORD
Attorney General
D. RANDALL GILMER
Chief Deputy Attorney General
DOUGLAS R. RANDS
Senior Deputy Attorney General
OFFICE OF THE ATTORNEY GENERAL
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101


*/s/ Ashley Pourghahreman*
An Employee of:
THE GALLIHER LAW FIRM