THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
jgalliher@galliherlawfirm.com
Attorneys for Plaintiff

--o0o--

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUKE THOMAS NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, LLC, A Foreign Limited Liability Company; U.S. CORRECTIONS, LLC, A Foreign Limited Liability Company; JACOB EVETTS, an Individual; RYAN RIVERA, an Individual; ZACHARY BRANDON, an Individual; MICHAEL COLEMAN, an Individual; TRANSPORTATION EMPLOYEES DOE 1- 10; DOES 11-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01717-RFB-BNW |

**AFFIDAVIT OF SERVICE**

**U.S. CORRECTIONS, LLC**

1

Case 2:18-cv-01717-RFB-BNW   Document 56   Filed 06/17/19   Page 9 of 12
AO 440 (Rev. 06/12) Summons in a Civil Action
Case 2:18-cv-01717-RFB-BNW   Document 65   Filed 09/06/19   Page 2 of 3

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| DUKE THOMAS NGUYEN<br><br>*Plaintiff(s)*<br>v.<br><br>PTS OF AMERICA, LLC, A Foreign Limited Liability Company; THE STATE OF NEVADA; STATE OF NEVADA BOARD OF EXAMINERS; et. al.<br><br>*Defendant(s)* | Civil Action No. 2:18-cv-01717-RFB-PAL |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> U.S. CORRECTIONS, LLC, A Foreign Limited Liability Company
> C/O Cogency Global, Inc.
> 321 W. Winniw Lane #104
> Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Jeffrey L. Galliher, Esq.
> THE GALLIHER LAW FIRM
> 1850 E. Sahara Avenue, Suite 107
> Las Vegas, Nevada 89104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK
*(signature)*
(By) DEPUTY CLERK

June 17, 2019
DATE

# AFFIDAVIT OF SERVICE

| Case: 2:18-cv-01717-RFB-PAL | Court: United States District Court | County: District of Nevada | Job: 3621065 |
|---|---|---|---|
| Plaintiff / Petitioner: Duke Thomas Nguyen | | Defendant / Respondent: PTS of AMerica, LLC, a Foreign Limited Liability Company; et al. | |
| Received by: Battle Born Process Service | | For: Clark County Process Service LLC | |
| To be served upon: U.S. Corrections, LLC, a Foreign Limited Liability Company | | | |

I, Tonya Malone, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** U.S. Corrections, LLC, a Foreign Limited Liability Company at Registered Agent: Cogency Global, Inc.: 321 W WINNIE LN #104, CARSON CITY, NV 89703

**Manner of Service:** c/o Jeri Wilkins, Service Representative on Aug 2, 2019, 2:14 pm PDT

-Pursuant to NRS 14.020, documents served to a person of suitable age and discretion at the above address, which address is the address of the Resident Agent as shown on the current certificate of designation filed with the Secretary of State.

**Documents:** Summons and Complaint (Received Aug 1, 2019 at 12:00am PDT)

**Additional Comments:**

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____   8/5/2019
Tonya Malone                 Date
R-100246

Battle Born Process Service
License # 1876
3710 Grant Drive Suite L
Reno, NV 89509
775-507-7188