THE GALLIHER LAW FIRM
Keith E. Galliher, Jr., Esq.
Nevada Bar No. 220
Jeffrey L. Galliher, Esq.
Nevada Bar No. 8078
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
Telephone: (702) 735-0049
Facsimile: (702) 735-0204
kgalliher@galliherlawfirm.com
jgalliher@galliherlawfirm.com
Attorneys for Plaintiff

--o0o--

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DUKE THOMAS NGUYEN,<br><br>Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, LLC, A Foreign Limited Liability Company; U.S. CORRECTIONS, LLC, A Foreign Limited Liability Company; JACOB EVETTS, an Individual; RYAN RIVERA, an Individual; ZACHARY BRANDON, an Individual; MICHAEL COLEMAN, an Individual; TRANSPORTATION EMPLOYEES DOE 1- 10; DOES 11-99 inclusive, ROE CORPORATIONS 100-199, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01717-RFB-BNW |

**AFFIDAVIT OF SERVICE**

**JACOB EVETTS**

1

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:18-cv-01717-RFB-PAL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Jacob Evetts
was received by me on *(date)* 8/29/19 .

☒ I personally served the summons on the individual at *(place)* 3822 Jockey Drive Apt D
Clarksville TN 37042    on *(date)* 8/30/19 9:36 am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):*
WM 30 yrs 5'8" 140 lbs Brown Hair

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 9/5/19

Patsy Weatherford
Server's signature

Patsy Weatherford / process server
Printed name and title

3155 E Old Ashland City Rd
Server's address

Additional information regarding attempted service, etc: Clarksville TN 37043
931-645-5112

14

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| DUKE THOMAS NGUYEN | ) ) ) ) ) | |
| Plaintiff(s) | ) ) | |
| v. | ) | Civil Action No. 2:18-cv-01717-RFB-PAL |
| PTS OF AMERICA, LLC, A Foreign Limited Liability Company; THE STATE OF NEVADA; STATE OF NEVADA BOARD OF EXAMINERS; et. al. | ) ) ) ) ) | |
| Defendant(s) | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Jacob Evetts
C/O Cogency Global, Inc.
321 W. Winniw Lane #104
Carson City, Nevada 89703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached second amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jeffrey L. Galliher, Esq.
THE GALLIHER LAW FIRM
1850 E. Sahara Avenue, Suite 107
Las Vegas, Nevada 89104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(signature)*
(By) DEPUTY CLERK

June 17, 2019
DATE

13