STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 239
mhall@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendant U.S. Corrections, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DUKE THOMAS NGUYEN, | CASE NO.  2:18-cv-01717-RFB-BNW |
| Plaintiff, | |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| PTS OF AMERICA, LLC, a Foreign Limited Liability Company; U.S. CORRECTIONS, LLC, a Foreign Limited Liability Company; JACOB EVETTS, an Individual; RYAN RIVERA, an Individual; ZACHARY BRANDON, an Individual; MICHAEL COLEMAN, an Individual; TRANSPORTATION EMPLOYEES DOES 1-10; DOES 11-99, inclusive; ROE CORPORATIONS 100-199, inclusive, | |
| Defendants. | |

Defendant U.S. CORRECTIONS, LLC, by and through counsel, hereby notifies the Court and respective parties to this action that in addition to Taylor R. Anderson, Esq., Steven T. Jaffe, Esq., and Monte Hall, Esq., of the law firm HALL JAFFE & CLAYTON, LLP, are hereby appearing as counsel for

1

1  Defendant, U.S. CORRECTIONS, LLC, in the above-entitled action.

2  DATED this 22nd day of October 2019.

**HALL JAFFE & CLAYTON, LLP**

By: /s/ *Taylor R. Anderson, Esq.*
   STEVEN T. JAFFE, ESQ.
   Nevada Bar No. 7035
   MONTE HALL, ESQ.
   Nevada Bar No. 239
   TAYLOR R. ANDERSON, ESQ.
   Nevada Bar No. 15136C
   7425 Peak Drive
   Las Vegas, Nevada 89128
*Attorneys for Defendant*
*U.S. Corrections, LLC*

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I certify that I am an employee of **HALL JAFFE & CLAYTON, LLP**, and on this 22nd day of October 2019, I served a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL as follows:

[ ]  **U.S. MAIL** — By depositing a true copy thereof in the U.S. Mail, first class postage prepaid and addressed as listed below; and/or

[ ]  **FACSIMILE** — By facsimile transmission to the facsimile number(s) shown below; and/or

[ ]  **HAND DELIVERY** — By hand-delivery to the addresses listed below; and/or

[X]  **ELECTRONIC SERVICE** — Pursuant to the Court's CM/ECF e-filing system.

Keith E. Galliher, Jr., Esq.
Jeffrey L. Galliher, Esq.
**The Galliher Law Firm**
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff, Duke Thomas Nguyen*

Brian K. Terry, Esq.
**Thorndal Armstrong Delk Balkenbush & Eisinger**
1100 E. Bridger Avenue
P.O. Box 2070
Las Vegas, Nevada 89125
*Attorneys for PTS of America, Inc.*

*/s/  Linda P. Daniel*
An Employee of
**HALL JAFFE & CLAYTON, LLP**