# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
District District of United States

Case Number: 2:18-CV-01717-RFP-PAL

Plaintiff:
**Duke Thomas Nguyen**

vs.

Defendant:
**PTS of America, LLC a foreign limited liability company, The State of Nevada, et al**

For:
CCPS
720 E Charleston Blvd Suite 135
Las Vegas, NV 89104

Received by CCPS on the 1st day of August, 2019 at 7:26 am to be served on **Michael Coleman c/o Cogency Global Inc, 321 W Winniw Lane #104, Carson City, NV 89703**.

I, Mitchell Siegel, do hereby affirm that on the **1st day of August, 2019** at **8:08 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **Summons in a Civil Action and Complaint with Exhibits** with the date and hour of service endorsed thereon by me, to: **Susan Coleman** as **Spouse/Coresident** at the address of: **7132 Copperfield Circle, Lake Worth, FL 33467**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
7/31/19 607pm Camera up BLYST Ford Truck in drive, no answer to knock neighbor says 'big Mike' resides

**Description** of Person Served: Age: 50, Sex: F, Race/Skin Color: Black, Height: 5'5, Weight: 240, Hair: Black, Glasses: N

## RETURN OF SERVICE For 2:18-CV-01717-RFP-PAL

I certify that I am over the age of 18, have no interest in the above action, . Under penalties of perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

Mitchell Siegel
Certified Process Server #1270

**CCPS**
**720 E Charleston Blvd Suite 135**
**Las Vegas, NV 89104**
**(702) 387-0151**

Our Job Serial Number: ABL-2019103774
Ref: Coleman

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.1c