STEVEN T. JAFFE, ESQ.
Nevada Bar No. 7035
sjaffe@lawhjc.com
MONTE HALL, ESQ.
Nevada Bar No. 239
mhall@lawhjc.com
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 15136C
tanderson@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Defendants*
*U.S. Corrections, LLC, Jacob Evetts, Ryan Rivera,*
*Zachary Brandon and Michael Coleman*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DUKE THOMAS NGUYEN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PTS OF AMERICA, LLC, a Foreign Limited Liability Company; U.S. CORRECTIONS, LLC, a Foreign Limited Liability Company; JACOB EVETTS, an Individual; RYAN RIVERA, an Individual; ZACHARY BRANDON, an Individual; MICHAEL COLEMAN, an Individual; TRANSPORTATION EMPLOYEES DOES 1-10; DOES 11-99, inclusive; ROE CORPORATIONS 100-199, inclusive,<br><br>　　　　　　　　Defendants. | CASE NO.  2:18-cv-01717-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF PTS OF AMERICA, LLC AND RELATED FACTS** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, DUKE THOMAS NGUYEN, by and through his attorneys of record Keith Galliher, Jr., Esq. of The Galliher Law Firm; Defendant PTS OF AMERICA, LLC, by and through its attorney of

1

record, Brian K. Terry, Esq. of Thorndal Armstrong Delk Balkebush & Eisinger; Defendants US CORRECTIONS, LLC, JACOB EVETTS, RYAN RIVERA, ZACHARY BRANDON, MICHAEL COLEMAN (hereinafter "US Corrections Defendants") by and through their attorneys of record Steven T. Jaffe, Esq. and Taylor R. Anderson, Esq. of Hall Jaffe & Clayton, LLP, that:

    1. Defendant PTS OF AMERICA, LLC shall be dismissed without prejudice from this Action without costs or attorneys' fees to either party.

    2. Such a dismissal is made and based upon the following stipulated facts between the parties:

        a. The vehicle(s) in which Plaintiff was transported during the time periods alleged within paragraphs 37-49 of the Second Amended Complaint were, at the time, owned or registered to US CORRECTIONS, LLC;

        b. The personnel who transported Plaintiff during the time periods alleged within paragraph 37-49 of the Second Amended Complaint (excluding any specific references to individuals employed by law enforcement agencies or otherwise noted) were, at the time, employees of US CORRECTIONS, LLC;

        c. Prior to the events alleged within the Second Amended Complaint involving Plaintiff, the contract between PTS of America, LLC and the State of Nevada, dated February 14, 2017 (RFP/Contract #3283), was assigned or otherwise transferred from PTS of America, LLC to US Corrections, LLC.

///
///
///
///
///

3.  Plaintiff's First Request for Production of Documents and First Set of Interrogatories, dated November 9, 2020 are hereby withdrawn.

DATED this 17th day of December, 2020.

**HALL JAFFE & CLAYTON, LLP**

By: */s/ Taylor R. Anderson*
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
MONTE HALL, ESQ.
Nevada Bar No. 239
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for US Corrections Defendants*

DATED this 17th day of December, 2020.

**THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER**

By: */s/ Brian K. Terry*
BRIAN K. TERRY, ESQ.
Nevada Bar No. 3171
1100 East Bridger Avenue
Las Vegas, Nevada 89101-5315
*Attorney for Defendant, PTS of America, LLC*

DATED this 17th day of December, 2020.

**THE GALLIHER LAW FIRM**

By: */s/ Keith E. Galliher*
KEITH E. GALLIHER, JR, ESQ.
Nevada Bar No. 220
2451 s. Buffalo Dr., Ste. 120
1850 East Sahara Avenue, Suite 107
Las Vegas, Nevada 89104
*Attorneys for Plaintiff, Duke Thomas Nguyen*

**ORDER**

BASED UPON THE STIPULATION OF COUNSEL,

IT IS HEREBY ORDERED that PTS of America, LLC is dismissed without prejudice and without costs or attorneys' fees to either party.

IT IS HEREBY FURTHER ORDERED that the facts stipulated above are admitted.

IT IS SO ORDERED this 21st day of December, 2020.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

**Respectfully Submitted by:**

**HALL JAFFE & CLAYTON, LLP**

By: /s/ Taylor R. Anderson
STEVEN T. JAFFE, ESQ.
Nevada Bar No. 007035
MONTE HALL, ESQ.
Nevada Bar No. 239
TAYLOR R. ANDERSON, ESQ.
Nevada Bar No. 015136C
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorney for US Corrections Defendants*